# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| SHANE R. PRICE,<br>SSN: XXX-XX-2873,<br><br>**Plaintiff,**<br>vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security<br>Administration,<br><br>**Defendant.** | NO.: CV-16-08-GF-BMM-JTJ<br><br><br><br>ORDER |

Plaintiff Shane R. Price ("Price"), by and through his attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 *et seq.*, for attorney fees incurred in prosecuting his Social Security appeal. He requests $5,720.81 in fees. Defendant Commissioner of Social Security ("Commissioner") does not object to Price's application for fees in this amount.

Accordingly, **IT IS ORDERED** that Defendant shall pay $5,720.81 in fees under the EAJA.

**IT IS FURTHER ORDERED** that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset

1

under the Treasury Offset Program, (2) agrees to waive the requirements of the Anti-Assignment Act, and (3) is provided a valid assignment of fees executed by Plaintiff, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and any remaining EAJA fees after offset will be paid by a check made out to Plaintiff, but delivered to Plaintiff's attorney.

DATED this 28th day of February, 2017.

Brian Morris
United States District Court Judge